**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR35** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **TENTATIVE FINDINGS** |
| | ) | |
| **GUILLERMO E. SAUCEDO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has received the Presentence Investigation Report ("PSR") and the Defendant's objections thereto (Filing No. 30). The government adopted the PSR (Filing No. 29). *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

The Defendant objects to ¶¶ 13 and 20. Specifically, the Defendant objects to the dangerous weapon enhancement assessed pursuant to U.S.S.G. § 2D1.1(b)(1). The objection will be heard at sentencing. The government bears the burden of proof by a preponderance of the evidence. If the parties require more than 30 minutes for the entire sentencing hearing, they should immediately contact Edward Champion, 661-7377, and request an oral continuance.

IT IS ORDERED:

1.      The Defendant's Objections to the Presentence Investigation Report (Filing No. 30) will be heard at sentencing;

2.      Otherwise the Court's tentative findings are that the Presentence Investigation Report is correct in all respects;

3.      If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4.      Absent submission of the information required by paragraph 3 of this Order, my tentative findings may become final; and

5.      Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 13th day of August, 2007.

                                        BY THE COURT:


                                        s/Laurie Smith Camp
                                        United States District Judge

2